UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON ROBINSON TANCREDI | CIVIL ACTION |
| VERSUS | NO: 06-7582 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION: "J"(2) |

**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand for Lack of Subject Matter Jurisdiction (Rec. Doc. 6)**. State Farm Fire and Casualty Company ("State Farm") opposed this motion, which was set for hearing with oral argument on November 22, 2006. However, this Court determines that oral argument is not necessary and, thus, **ORDERS** that oral argument is cancelled. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds, for the same reasons set forth by the undersigned in Southall v. St. Paul Travelers Ins. Co., 2006 WL 2385365 (E.D. La. Aug. 16, 2006), that Plaintiff's motion should be granted and this case should be remanded to the 24th Judicial District Court for the Parish of Jefferson. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand for Lack of Subject Matter Jurisdiction (Rec. Doc. 6)** should be and hereby is **GRANTED**.

New Orleans, Louisiana this 16th day of November, 2006.

1

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE